IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMEKA U. MOH,<br>    Plaintiff,<br>    v.<br>THE CITY OF ATLANTA,<br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-4058-TWT |

### ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 5]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The state law claims are dismissed without prejudice.

SO ORDERED, this 27 day of June, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Moh\r&r.wpd